UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanbe<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 00-cr-00511-RPM | FTR MJW PM |
| August 28, 2009 | |
| UNITED STATES OF AMERICA | Lisa Christian |
| v. | |
| ANDRES TORRES | Gary Lozow |

## MOTION HEARING

Court in Session: 2:22 pm

Court calls case and appearances of counsel.

Argument from defense counsel regarding the Motion To Quash Subpoena Duces Tecum.

Argument from the government.

Rebuttal argument from defense counsel.

**The court takes the pending motion under advisement and will issue a written ruling.**

Court in recess: 2:45 pm

Total time in court: 23 minutes

Hearing concluded.