IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00511-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES TORRES,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    A supervised release violation hearing is set for **November 12, 2009, at 11:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated:  October 16, 2009