UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No. 00-cr-00511-RPM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDRES TORRES,

      Defendant.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


      Pursuant to the hearing held on January 28, 2010, sentencing is scheduled for **April 16, 2010, at 9:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: February 2, 2010