# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Supervised Release**) |
| v. | Case Number: 00-cr-00511-RPM-01 |
| | USM Number: 30072-013 |
| ANDRES TORRES | Gary Lozow, Retained |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 25 and 27, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - 15 | Falsifying Written Reports | 08/03/09 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 26 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 16, 2010
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

Richard P. Matsch, Senior U.S. District Judge
Name & Title of Judge

May 6, 2010
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 16 | Falsifying Written Reports | 10/08 |
| 17 | Falsifying Written Reports | 07/11/08 |
| 18 | Falsifying Written Reports | 08/01/08 |
| 19 | Falsifying Written Reports | 07/09 |
| 20 | Falsifying Written Reports | 05/09 |
| 21 | Falsifying Written Reports | 01/28/09 |
| 22 | Falsifying Written Reports | 03/01/09 |
| 23 | Failure to Comply with Special Condition Not to Engage in the Occupations, Businesses or Professions of Real Estate Agent, Real Estate Broker, Real Estate Salesperson, Real Estate Lendor, Mortgage Banker, Mortgage Broker, or Real Estate Investor | 06/09 |
| 24 | Falsifying Written Reports | 04/01/09 |
| 25 | Falsifying Written Reports | 06/01/09 |
| 27 | Falsifying Written Reports | 09/01/09 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons before noon on May 17, 2010.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal